■ JEROME S. DENNIS, Appellant, v CLARKE E. MASSEY et al., Respondents. (Appeal No. 2.) [21 NYS3d 910]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered May 8, 2014. The order denied plaintiff's motion to, inter alia, set aside the verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Valentino and DeJoseph, JJ.